IN THE MATTER OF THE ESTATE OF ALMA C. COOK, DECEASED.

On petition for certification to Superior Court, Appellate Division.

*Mr. Nicholas Martini* and *Mr. Sam Weiss* for the petitioner.

*Mr. Mortimer L. Mahler* for the respondent.

July 3, 1964.

JOHN C. BENEDICT, *ET AL.*, APPELLANTS-PETITIONERS, v. NEW JERSEY DEPARTMENT OF CIVIL SERVICE, *ET AL.*, RESPONDENTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 83 *N. J. Super.* 360.

*Mr. Maurice B. McLaughlin* for the petitioners.

*Mr. Arthur J. Sills* and *Mr. William L. Boyan* for the respondents.